**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

- [x] **INITIAL APPEARANCE**              DATE: 7-21-2006
- [ ] **BOND HEARING**
- [ ] **DETENTION HEARING**               Digital Recording 11:36 to 11:51 am
- [ ] **PRELIMINARY (EXAMINATION) (HEARING)**
- [ ] **REMOVAL HEARING** [RULE 5]
- [ ] **ARRAIGNMENT**

PRESIDING MAG. JUDGE: Delores Boyd          DEPUTY CLERK: sql
CASE NO.: 2:06mj71-DRB                      DEFT. NAME: Richard FERGUSON
AUSA: Brunson                               DEFT. ATTY: Mike Petersen
                                            Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (X) CDO
PTSO: _____
USPO: Lancaster

Defendant _____ does  ✓ does NOT need an interpreter
Interpreter present ✓ NO _____ YES   Name: _____

- [x] Date of Arrest 7-20-06 or [ ] Arrest Rule 5
- [x] Deft. First Appearance. Advised of rights/charges. [ ] Prob/Sup Rel Violator
- [x] Deft. First Appearance with Counsel
- [ ] Deft. First Appearance without Counsel
- [ ] Requests appointed Counsel
- [ ] Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] ORDER appointing Community Defender Organization
- [ ] Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] Deft. Advises he will retain counsel. Has retained _____
- [ ] [ ] Government's ORAL Motion for Detention Hearing [ ] to be followed by written motion;
      [ ] Government's WRITTEN motion for Detention Hearing filed
- [ ] Detention Hearing [ ] held; [ ] set for _____ at _____
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] ORDER OF DETENTION PENDING TRIAL entered
- [ ] Release order entered. Deft advised of conditions of release
- [ ] BOND EXECUTED (M/D AL charges) $ _____. Deft released
- [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [x] Bond not executed. Deft to remain in Marshal's custody
- [ ] Deft. ORDERED REMOVED to originating district
- [ ] Waiver of [ ] preliminary hearing; [ ] Waiver of Rule 40 Hearing
- [ ] Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- [ ] ARRAIGNMENT [ ] HELD. Plea of NOT GUILTY entered. [ ] Set for _____
      DISCOVERY DISCLOSURE DATE: _____
- [ ] NOTICE to retained Criminal Defense Attorney handed to counsel
- [ ] Identity/Removal Hearing set for _____
- [ ] Waiver of Speedy Trial Act Rights executed