IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-MJ-0071-DRB |
| | ) | |
| RICHARD FERGUSON | ) | |

### ORDER ON ORAL MOTION

At the defendant Richard Ferguson's initial appearance July 21, 2006, on *petition for supervised release revocation*, the defendant made an oral motion for a preliminary hearing, it is, therefore,

**ORDERED** that defendant's motion is **GRANTED.** The preliminary hearing is set at **10:30 a.m. on July 24, 2006,** in District Courtroom 4A, Frank M. Johnson United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.

Pending the hearing, the defendant shall be held in the custody of the U.S. Marshal and produced for the hearing.

Done this 21st day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE