IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-MJ-0071-DRB |
| | ) | |
| RICHARD FERGUSON | ) | |

**ORDER**

Pursuant to defense counsel's oral notice on July 21, 2006, that the Defendant no longer desires the preliminary hearing orally requested at his initial appearance, it is

**ORDERED** that the preliminary hearing scheduled at 10:30 a.m. on July 24, 2006, is hereby **CANCELLED.** It is further

**ORDERED** that the defendant be held in the custody of the U.S. Marshal for pending his revocation hearing before a United States District Judge on the Petition alleging violation of supervised release.

Done this 24th day of July, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE