# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA
V.
RICHARD FERGUSON

RECEIVED
2006 JUL 25 A 8: 41

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 92-00018-01-SD | 2:06mj71-DRB | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify)

charging a violation of          U.S.C. §

**DISTRICT OF OFFENSE**
District of New Hampshire

ATTEST: A True Copy.
Certified to _7-26, 20 06_
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk

**DESCRIPTION OF CHARGES:**

violating terms of conditions of supervised release

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?   X No   ☐ Yes   Language:

MIDDLE DISTRICT OF ALABAMA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

July 24, 2006                    _____
Date                                              Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 08/02/06 | Strafford County Jail | 08/02/06 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 08/03/06 | Stephen R. Monier | DUSM Steve Bartlett |

AUG 10 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**SCANNED**